UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

ANISSA G. ALLEN                                     CIVIL ACTION NO:
           Plaintiff
                                                    SECTION
VERSUS

ST. JAMES PARISH HOSPITAL                           JUDGE
           Defendant

FILED                                               _____
                                                    DEPUTY CLERK

## **COMPLAINT**

### I.

     This suit is authorized an instituted pursuant to alleging race discrimination under Title VII of the Civil Rights Act of 1964 as amended, 42 United States Code Section 2000 et seq. (Title VII") and under the American with Disabilities Act "ADA".

### II.

     This is a civil action brought on behalf of the plaintiff, Anissa Gross, to redress the Injury caused to her by the deprivation of her rights and privileges as secured by the Constitution and laws of these United States as a result of the intentional acts of the defendants.

### III.

     Plaintiff, Anissa G. Allen ("Ms. Allen"), a person of the full age of majority and a resident of the Parish of St. James, State of Louisiana.

### IV.

     Made defendant herein is St. James Parish Hospital, and its human resources representatives who are residents of this district.

### V.

     Ms. Allen was previously employed at St. James Parish Hospital for nearly 17 years.  Ms. Allen's employment at St. James Parish Hospital was terminated March 10, 2011.  On May 25, 2011 filed charge number (461-2011-01017) with the United States Equal Employment Opportunity Commission ("EEOC") alleging race discrimination under Title VII of the Civil

Rights Act of 1964 as amended, 42 United States Code Section 2000 et seq. (Title VII") and under the American with Disabilities Act "ADA".

## VI.

On or about March 10, 2011 St. James Hospital terminated Ms. Allen due to not hearing a page over the intercom.  However, Ms. Allen wears a hearing aid in her left ear, which the employer was aware at the time of employment.  Furthermore, there were other continuous acts of discrimination that made the work environment a hostile one.

## VII.

As a result of the intentional, malicious, willful acts of discrimination, Ms. Allen has suffered damage to her reputation, loss of income, emotional distress, mental anguish, humiliation and pain and suffering.

## VIII.

This claim is being filed within 90 days of receipt of the "EEOC's "right to sue" notice for the charge numbered 461-2011-01017.  All jurisdictional prerequisites for claims under Title VII have now been met.

## IX.

The Plaintiff requests a trial by jury on all issue triable.

## X.

The Plaintiff seeks recovery of actual damages-including compensatory damages, punitive damages, costs, legal interest and attorneys' fees.

WHEREFORE, plaintiff Anissa G. Allen, prays that St. James Hospital be cited to appear and answer the complaint and after due proceedings be had, there be judgment herein in his favor and against St. James Hospital for damages as requested herein; reasonable attorneys' fees, costs and expenses incurred in this matter; a trial by jury on all issues triable by same; and for all and any other such relief as justice may deem appropriate and require.

Respectfully Submitted:
TURNER LAW FIRM, LLC

*/s/ Keyojuan G. Turner*

_____
*Travis J, Turner, (#29462)*
*Keyojuan G. Turner (#29199)*
1026 E. Worthey Road, Suite D
Gonzales, LA  70737
Telephone: (225) 644-2229
Facsimile:  (225) 644-2266

**PLEASE SERVE:**

ST. JAMES PARISH HOSPITAL
Through agent for service,
Mary Ellen Pratt, CEO
1645 Lutcher Avenue
Lutcher, Louisiana  70071