UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANISSA G. ALLEN                                                      CIVIL ACTION

VERSUS                                                                      NO. 12-1619

ST. JAMES PARISH HOSPITAL                                SECTION "F"

## J U D G M E N T

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, St. James Parish Hospital and against plaintiff, Anissa G. Allen, dismissing plaintiffs suit.

New Orleans, Louisiana, this 13th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE